CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 8, 2017

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case Number: 16-41005-RFN |
| James Lee Bradberry & Tiffany Hare Bradberry | Chapter 13 |
| | JUDGE RUSSELL F NELMS |
| DEBTOR(S) | |

_____

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS, AND PLAN MODIFICATION (if required)

_____

CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required).  The Court hereby approves such recommendation/ modification, subject to reconsideration for cause pursuant to 11 U.S.C. §502(j) and Bankruptcy Rule 3008.

It is therefore ORDERED, ADJUDGED AND DECREED that the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) is hereby approved, except:

The following changes will be made to Debtor Payments, Plan Base and/or Plan Term:

$1,500.00 X 1; $2,900.00 X 1; $2,150.00 X 54 FOR A BASE AMOUNT OF $129,100.00 IN 60 MONTHS.

1. The PRIORITY claim of INTERNAL REVENUE SERVICE, Claim # 5 has been amended by claimant to $0.00.

2. The UNSECURED claim of INTERNAL REVENUE SERVICE, Claim # 5 has been amended by claimant to $0.00.

Case No:    16-41005-RFN-14                                                                                                      Page    2
James Lee Bradberry & Tiffany Hare Br

For purposes of distribution under the plan, Section 506 and Section 1325(a)(5) of the Bankruptcy Code, the **value** of the collateral securing any claim herein, **annual percentage rate** and **treatment** of the claim secured thereby as set forth in Section I, Paragraphs "E", "F", and "G" of the Debtors' Chapter 13 Plan and Motion for Valuation as previously confirmed, is\are modified as follows:

| CREDITOR NAME | COMMENT | CLAIM AMOUNT | COLL. VALUE | ANNUAL PERCENTAGE RATE | TREATMENT (Monthly Payment Direct Surr or ProRata) | MORTGAGE MONTHS IN PLAN |
|---|---|---|---|---|---|---|
| LEE LAW FIRM | Priority | $400.00 | $0.00 | 0.00% | ProRata | |

### # # #  END OF ORDER  # # #