**Fill in this information to identify the case:**

Debtor 1    James Lee Bradberry

Debtor 2    Tiffany Hare Bradberry
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern    District of   Texas
                                                       (State)

Case number    4:16-bk-41005-elm13

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Chalet Properties III, LLC      **Court claim no**. (if known):    21

**Last 4 digits** of any number you use to identify the debtor's account:    0238

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒   No

☐   Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | 12/15/20 | (8) | $ 5,023.32 |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    <u>James Lee Bradberry</u>             Case number *(if known)*   <u>4:16-bk-41005-elm13</u>

First Name     Middle Name     Last Name

---

**Part 2:**   **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Chase A. Berger, Esq.</u>           Date <u>02</u>/<u>17</u>/<u>2021</u>

        Signature

Print:      <u>Chase A. Berger</u>           Title <u>Authorized Agent for Secured Creditor</u>

        First Name     Middle Name     Last Name

Company   <u>Ghidotti Berger LLP</u>

Address    <u>600 East John Carpenter Freeway</u>

        Number     Street

        <u>Irving, TX 75062</u>

        City               State     ZIP Code

Contact phone   (<u>949</u>) <u>427</u>–<u>2010</u>           Email <u>bknotifications@ghidottiberger.com</u>

---

## CERTIFICATE OF SERVICE

On February 17, 2021, I served the foregoing document described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the following individuals by electronic means through the Court's ECF program:

### DEBTOR(S) COUNSEL(S)

Christopher Marvin Lee        ecf@leebankruptcy.com,  ign@leebankruptcy.com,
                             clerk@leebankruptcy.com, leelawecf@gmail.com,
                             4696@notices.nextchapterbk.com

### TRUSTEE/TRUSTEE(S) COUNSEL(S)

Pam Bassel                   fwch13cmecf@fwch13.com

Christopher Marvin Lee        ecf@leebankruptcy.com,  ign@leebankruptcy.com,
                             clerk@leebankruptcy.com, leelawecf@gmail.com,
                             4696@notices.nextchapterbk.com

US Trustee                   ustpregion06.da.ecf@usdoj.gov

On February 17, 2021, I served the foregoing documents described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL enclosed in a sealed envelope, with postage paid, addressed as follows:

| *Debtor* | *Joint Debtor* |
|---|---|
| **James Lee Bradberry** | **Tiffany Hare Bradberry** |
| 6408 Marlette Ct | 6408 Marlette Ct |
| North Richland Hills, TX 76180 | North Richland Hills, TX 76180 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker